**Order entered November 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01088-CR

**POLYCARP OIGO ONCHOKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F19-00423-X**

## ORDER

Before the Court is appellant's November 12, 2019 pro se motion seeking an extension of time to file his brief. Our records show appellant is represented by counsel. Appellant is not entitled to hybrid representation. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992). Accordingly, appellant's motion is **DENIED**.


/s/      LANA MYERS
         JUSTICE